**John N. BACH; Garen Hancock; Detsel J. Parkinson; A. Dean Bowles; Betty J. Bowles; Jabez D. Ritchie; Elaine Ritchie, Plaintiffs-Appellants,**

v.

**Cindy MASON; Phylis J. Gugin; Mark Davis; Al Seefried; Cheryl Mosby; Kay Mosher; Hester Pulling; Keith Farrer; Jack Cheskaty; Gerald H. Heschell; Richard Owens; Steve Hines; Donald Jensen; Pam Bigelow; Sid Beckstead; Clive London; Merry Trudeau; Randy Harper, Federal agencies and officers, Internal Revenue Service; Edward J. Lodge; B. Lynn Winmill; Larry Boyle; Michael H. Williams, Federal Judges; Richard Ward; Betty Richardson, United States Attorneys Office; Bonneville**

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34-4.

County; Bonneville County Sheriff; Byron Stommell; Kay Cortez; Gina Dixon; Charlotte Munns; Paul Wild; Glenn Huderman; Bonneville County Clerk; Ron Longmore; Bonneville County Assessor; Jefferson County; Jefferson County Recorder; Jefferson County Sheriff; Blair Olsen; Jefferson County Prosecutor; Robin Dunn; Stephen Clark; Madison County, Idaho; Madison County Recorder; Beth Reese; Madison County Assessor; Lyle Saurey; Madison County Sheriff; Gregg Moffat; Terry Bair; Madison County Prosecutor; Sid Brown; Kip Manwaring; Pro Indiviso, Inc., an Idaho Corp.; Scona, Inc ., an Idaho Corp.; Alva A. Harris; Jared Harris; Evelyn Harris; Kent Carlson; Caralee Carlson; Grant E. Hann; Darrell J. Harris; Ray Rigby, Defendants–Appellees,

and

State of Idaho Tax Commission; Daryl Jones; Attorney General's Office; Alan G. Lance; Idaho State Bar, State agencies and officers; Richard J. St. Clair, Judge; Ted W. Wood, Judge; Fremont County, Idaho; Fremont County Prosecutor; Fremont County Sheriff; Terry Thompson; Fremont County Clerk & Recorder; Mickie Funke; Jerome County; Jerome County Sheriff; Jerome County Clerk; Teton County, Idaho; Teton County Clerk; Teton County Assessor; City of St. Anthony; City Police; Mayor, City of St. Anthony; Roy Parker; City Attorney, City of St. Anthony; Lisa Bertosch; Tim Wilson; Carlton Erickson; St. Anthony City Council; Evelyn Mason; Richard Law; US Bank/West One Bank; Mark Byerly; Larry Drollinger; Nelda Drollinger; John Sanders; Bruce Olsen; William Tullock; Bobbie Sue Tullock; Does 1–200, Defendants.

No. 99–36180.

D.C. No. CV–98–00383–EJG.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Appellants appeal pro se the district court's dismissal of their action with prejudice for failing to comply with the court's order to provide "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2). We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion a district court's Fed.R.Civ.P. 41(b) dismissal and affirm. *See McHenry v. Renne*, 84 F.3d 1172, 1177–78 (9th Cir.1996).

The clerk shall file appellants' additional reply briefs previously received on May 26, 2000, and June 8, 2000. The requested relief contained therein is denied.

AFFIRMED.

---

1. Because we unanimously find this case suitable for decision without oral argument, we deny appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.